UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 15 2018
Clerk, U.S. District and Bankruptcy Courts

| | |
|---|---|
| IN RE REQUEST FOR EXEMPTION FROM ELECTRONIC PUBLIC ACCESS FEES BY YANBAI ANDREA WANG | Misc. Action No. 18-57(BAH)<br><br>Chief Judge Beryl A. Howell |

## ORDER

This Miscellaneous matter is before the Court upon the request by Yanbai Andrea Wang, Thomas C. Grey Fellow and Lecturer in Law at Stanford University, for exemption from the fees imposed by the Electronic Public Access Fee Schedule adopted by the Judicial Conference of the United States Courts. Ms. Wang seeks a discretionary Public Access to Court Electronic Records ("PACER") fee exemption solely for the charges incurred in connection with educational research related to her scholarly research.

The Court finds that Ms. Wang, as an individual researcher associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Ms. Wang has demonstrated that the requested fee exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Ms. Wang, with PACER account number 5554355, shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in the United States District Court for the District of Columbia, to the extent such use is incurred in the course of conducting the research for which she has requested the fee exemption.

Ms. Wang shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. The following limitations also apply:

1. This fee exemption applies only to Ms. Wang and is valid only for the purposes stated above.

2. This fee exemption applies only to the electronic case files of this Court that are available through the PACER system.

3. By accepting this fee exemption, Ms. Wang agrees not to sell for profit any data obtained as a result of receiving this exemption.

4. Ms. Wang is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases.

5. This fee exemption is granted, starting on the date of this order and ending on April 30, 2020.

This fee exemption may be revoked at the discretion of the Court at any time. The Clerk of the Court shall send a copy of this Order to the PACER Service Center.

**SO ORDERED.**

Date: May 15, 2018

_____
BERYL A. HOWELL
Chief Judge